IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH P. JONES, #2010467 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv557 |
| P. BRITTAIN, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (doc. #30) is **ADOPTED**. It is further

**ORDERED** that the Defendants' motion for summary judgment on Plaintiff's failure to exhaust administrative remedies (doc. #28) is **GRANTED** and the lawsuit is **DISMISSED** with prejudice.

**It is SO ORDERED**.

**SIGNED this 6th day of January, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE